UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Johnathan Lamb,
*on behalf of himself and all
others similarly situated,*

    Plaintiff,

        v.                               Case. No. 1:24cv097

Jeff Ruby, *et al.*,                 Judge Michael R. Barrett

    Defendants.

## **ORDER**

This matter is hereby transferred from the docket of the Honorable Michael R. Barrett to the Office of the Clerk for reassignment.

**IT IS SO ORDERED.**

                          *s/Michael R. Barrett*
                          Michael R. Barrett
                          United States District Judge