**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| JOHNATHAN LAMB and JIM BELMONT, On Behalf of Themselves and All Others Similarly Situated, | ) ) ) ) | |
| *Plaintiffs*, | ) ) ) | |
| v. | ) ) | **CLASS AND COLLECTIVE ACTION** |
| JEFF RUBY CULINARY ENTERTAINMENT, INC., THE PRECINCT, INC., CARLO & JOHNNY'S, LTD., JEFF RUBY STEAKHOUSE, LLC, JEFF RUBY'S COLUMBUS, LLC, JEFF RUBY'S STEAKHOUSE LEXINGTON, LLC, JEFF RUBY'S LOUISVILLE, LLC, and JEFF RUBY'S NASHVILLE, LLC, d/b/a JEFF RUBY CULINARY ENTERTAINMENT, | ) ) ) ) ) ) ) ) ) ) ) ) ) | **CASE NO. 1:24-cv-00097-DRC**  **JUDGE DOUGLAS R. COLE**  **JURY DEMAND** |
| *Defendants*. | ) | |

**JOINT MOTION TO DISMISS WITHOUT PREJUDICE**

Plaintiffs Johnathan Lamb and Jim Belmont and Defendants Jeff Ruby Culinary Entertainment, Inc., The Precinct, Inc., Carlo & Johhny's Ltd., Jeff Ruby Steakhouse, LLC, Jeff Ruby's Columbus LLC, Jeff Ruby's Steakhouse Lexington, LLC, Jeff Ruby's Louisville, LLC, and Jeff Ruby's Nashville, LLC move this Court to dismiss this action without prejudice, in accordance with Rules 41(a)(2) and 23(e) of the Federal Rules of Civil Procedure.

In this action, Plaintiffs brought collective action claims against Defendants under Section 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). Plaintiffs also brought claims against Defendants for violation of Ohio state law and Kentucky state law as class action claims under Rule 23 of the Federal Rules of Civil Procedure.

The Parties have engaged in months-long mediation efforts conducted by U.S. Magistrate

1

Judge Bowman and Michael Russell, a private mediator based in Nashville, Tennessee.  Ultimately, the Parties reached an agreement in principle to resolve this matter by accepting a mediator's proposal issued by Mr. Russell as to settlement terms, including seeking court approval of the settlement of Plaintiffs' FLSA collective claims and Rule 23 claims.  The Parties have now reached a final written settlement agreement, subject to Court approval.

The Parties have agreed to proceed with the claims asserted in this action in the United States District Court for the Middle District of Tennessee where they will seek Court approval of the mediated resolution in the pending action *Belmont et al. v. Jeff Ruby Cuinary Entertainment, Inc. et al.*, 3:25-cv-00949 (M.D. Tenn.).  The Parties agree that jurisdiction and venue are proper in the Middle District of Tennessee for the claims asserted in this action.

Accordingly, the Parties move this Court to dismiss this action *without* prejudice. The Parties submit that because they agree that jurisdiction and venue are proper in the Middle District of Tennessee for the claims asserted in this action and because no Rule 23 class has yet to be certified, notice to putative class members regarding this dismissal is not necessary.  In other words, since there will be no prejudice to the class as a result of this dismissal, no notice is necessary.  Moreover, notice to putative class members will be issued from the *Belmont* action in the Middle District of Tennessee upon preliminary approval of the settlement.

A proposed order granting this relief has been submitted contemporaneously with this Motion.

Date: November 3, 2025       Respectfully submitted,

          /s/ David W. Garrison
          David W. Garrison (TN Bar No. 24968) *
          Joshua A. Frank (TN Bar No. 33294) *
          Nicole A. Chanin (TN Bar No. 40239) *
          **BARRETT JOHNSTON MARTIN & GARRISON, PLLC**
          200 31st Avenue North
          Nashville, TN 37203

Telephone: (615) 647-9242
dgarrison@barrettjohnston.com
jfrank@barrettjohnston.com
nchanin@barrettjohnston.com

Robert E. DeRose (OH Bar No. 0055214)
**BARKAN MEIZLISH DEROSE COX, LLP**
4200 Regent Street, Suite 210
Columbus, OH 43219
Phone: (614) 221-4221
bderose@barkanmeizlish.com

* Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs*

/s/ Neal Shah (w/ DWG Permission)
Neal Shah (0082672)
Tessa L. Castner (0093808)
**FROST BROWN TODD LLP**
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
Phone: (513) 651-6800
Fax: (513) 651-6981
nshah@fbtlaw.com
tcastner@fbtlaw.com

Matthew O. Schubert
**FROST BROWN TODD LLP**
3300 Great American Tower
301 East Fourth Street, Suite 3300
Cincinnati, OH 45202
Phone: (513) 651-6756
Fax: (513) 651-6981
mschubert@fbtlaw.com

*Attorneys for Defendants*

3

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this *Joint Motion to Dismiss without Prejudice* was filed electronically with the Clerk's office by using the CM/ECF system on November 3, 2025, and will be served upon the Defendants via the CM/ECF filing system as indicated below:

**Neal Shah** (0082672)
**Tessa L. Castner** (0093808)
FROST BROWN TODD LLP
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
Phone: (513) 651-6800
Fax: (513) 651-6981
nshah@fbtlaw.com
tcastner@fbtlaw.com

**Matthew O. Schubert**
FROST BROWN TODD LLP
3300 Great American Tower
301 East Fourth Street, Suite 3300
Cincinnati, OH 45202
Phone: (513) 651-6756
Fax: (513) 651-6981
mschubert@fbtlaw.com

*Attorneys for Defendants*

/s/ David W. Garrison

4